**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Yepiz Corral, et al., ) | No. CV-07-1985-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Iron Tree Trucking, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Defendants Iron Tree Trucking, Inc. and William Welch's ("Defendants") Motion for Relief of Court's Requirement that a Representative of Defendant Other than Counsel Attend the Rule 16 Preliminary Pretrial Conference ("Motion for Relief") (Dkt. 16). Defendants request that the Court excuse their appearance at the Rule 16 Preliminary Pretrial Conference and assert that it would be burdensome for them to travel from Texas. Defendants also assert that they anticipate mediating this matter within the next 180 days.

One of the purposes of the Preliminary Pretrial Conference is to inform the parties of the scope and process of litigation. It is for this reason that the Court requires the appearance of a party representative with settlement authority. Therefore the Court will not entirely excuse the appearances of Defendants' party representatives. However, the

1 | Court will grant leave to appear telephonically at the Preliminary Pretrial Conference, as
2 | doing so will eliminate the burden of travel.  Accordingly,

3 |     **IT IS HEREBY ORDERED** granting in part Defendants Motion for Relief (Dkt.
4 | 16).

5 |     **IT IS FURTHER ORDERED** granting Defendants leave to appear telephonically
6 | at the Preliminary Pretrial Conference set for May 29, 2008 at 10:00 a.m.

7 |     **IT IS FURTHER ORDERED** that counsel for Defendants shall initiate a
8 | conference call and secure all participants on a single, clear telephone line before calling
9 | Judge McNamee's chambers (602-322-7555) no later than **9:55 a.m. (local time)**.

10 | DATED this 15th day of May, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge