**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Yepiz Corral, et al., | No. CV-07-1985-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Iron Tree Trucking, Inc., et al., | |
| Defendants. | |

Before the Court is the parties' stipulation and Motion to Continue the Rule 16 Preliminary Pretrial Conference currently scheduled for May 29, 2008 (Dkt. 19). Counsel for Defendants is unavailable due to a conflict, and Plaintiffs do not oppose the motion. Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Motion to Continue (Dkt. 19). The Preliminary Pretrial Conference currently scheduled for May 29, 2008 is rescheduled for **Tuesday, June 17, 2008 at 2:30 p.m.** Per the Court's previous Order, Defendants Iron Tree Trucking, Inc. and William Welch's party representatives may appear telephonically. (See Dkt. 17, Order dated May 15, 2008.)

DATED this 23rd day of May, 2008.

Stephen M. McNamee
United States District Judge