**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Yepiz Corral, et al., | No. CV-07-1985-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Iron Tree Trucking, Inc., et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Continue the Rule 16 Preliminary Pretrial Conference currently scheduled for June 17, 2008 (Dkt. 23). Counsel for Defendants and Defendants' party representatives are unavailable due to conflicts. Good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Motion to Continue (Dkt. 23). The Preliminary Pretrial Conference currently scheduled for June 17, 2008 is rescheduled for **Monday, July 7, 2008 at 2:00 p.m.** Per the Court's previous Order, Defendants Iron Tree Trucking, Inc. and William Welch's party representatives may appear telephonically. (See Dkt. 17, Order dated May 15, 2008.)

DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge