**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Samuel Yepiz Corral, et al., | ) | No. CV-07-1985-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Iron Tree Trucking, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon stipulation of the parties (Dkt. 29) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice as to Plaintiff Monica Hernandez Hidalgo for and on behalf of Doe Yepiz Hernandez only, each party to bear their own costs and attorney's fees.

DATED this 16th day of September, 2008.

Stephen M. McNamee
United States District Judge